```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 17882
   KEITH D WILSON
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-2504

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/05/2005 and was confirmed 08/31/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/22/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE CORP     UNSECURED         8509.31           .00          837.67
ASSET ACCEPTANCE CORP     UNSECURED         4498.77           .00          442.87
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00           .00             .00
ECAST SETTLEMENT CORP     SECURED             250.00          .00          250.00
ECAST SETTLEMENT CORP     UNSECURED           500.00          .00           34.82
IL DEPT OF HEALTHCARE &   PRIORITY          47542.16          .00         6024.22
ASSET ACCEPTANCE CORP     UNSECURED        NOT FILED          .00             .00
ASSET ACCEPTANCE CORP     NOTICE ONLY      NOT FILED          .00             .00
DEPARTMENT OF THE ARMY &  UNSECURED        NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED           500.88          .00           34.91
FIRST SECURITY CONSUMER   UNSECURED        NOT FILED          .00             .00
FIRST USA                 UNSECURED        NOT FILED          .00             .00
HOUSEHOLD                 UNSECURED        NOT FILED          .00             .00
MIDLAND CREDIT MANAGEMEN  NOTICE ONLY      NOT FILED          .00             .00
MC MAHON & SIGUNICK       NOTICE ONLY      NOT FILED          .00             .00
MONTGOMERY WARD           UNSECURED        NOT FILED          .00             .00
NORTHLAND GROUP INC       NOTICE ONLY      NOT FILED          .00             .00
ECMC                      UNSECURED         22647.76          .00         2229.49
ASSET ACCEPTANCE LLC      NOTICE ONLY      NOT FILED          .00             .00
LEGAL HELPERS PC          DEBTOR ATTY       1,585.00                     1,585.00
TOM VAUGHN                TRUSTEE                                          625.02
DEBTOR REFUND             REFUND                                           464.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               12,528.00

PRIORITY                                   6,024.22
SECURED                                      250.00
UNSECURED                                  3,579.76
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 17882 KEITH D WILSON

```
ADMINISTRATIVE                                              1,585.00
TRUSTEE COMPENSATION                                          625.02
DEBTOR REFUND                                                 464.00
                                          ---------------   ---------------
TOTALS                                         12,528.00         12,528.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 12/05/07                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```